# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 201

In the Interest of L.L.D.R., a child

| | |
|---|---|
| M.A., Mother, | Petitioner and Appellant |
| v. | |
| A.R., Father, | Respondent and Appellee |
| and | |
| North Dakota Department of Human Services; Burleigh County Human Service Zone, | Respondents |
| and | |
| State of North Dakota Child Support Division, | Statutory Real Party in Interest |

## No. 20210130

Appeal from the Juvenile Court of Burleigh County, South Central Judicial District, the Honorable Jason J. Hammes, Judicial Referee.

AFFIRMED.

Per Curiam.

Alyssa L. Lovas, Bismarck, N.D., for petitioner and appellant; submitted on brief.

Kiara C. Kraus-Parr, Grand Forks, N.D., for respondent and appellee; submitted on brief.

**Interest of L.L.D.R.**
**No. 20210130**

**Per Curiam.**

[¶1]  M.A., the mother of L.L.D.R., appeals from a juvenile court order declining to terminate the parental rights of A.R., the father of L.L.D.R. The juvenile court found that A.R. "has not abandoned the child and it is not in the child's best interest that his parental rights be terminated at this time." On appeal, M.A. argues that the juvenile court erred in finding L.L.D.R. is not an abandoned child and that the court erred in dismissing M.A.'s petition to terminate A.R.'s parental rights. We conclude that the juvenile court did not abuse its discretion in its decision to deny termination of A.R.'s parental rights because M.A. did not "establish[] that denying the petition would seriously affect the child's welfare." *Interest of B.H.*, 2018 ND 178, ¶ 6, 915 N.W.2d 668. Because this issue is dispositive, we decline to address other issues raised on appeal. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte

1